# UNREPORTED CASES.

## MABELLE RAWSON HIRONS *v.* JULIAN B. HUBBELL.

*Equity--Bill of Review.*

A petition for leave to file a bill of review should ordinarily be filed within nine months of the decree sought to be reviewed.

A petition for leave to file a bill of review is addressed to the discretion of the court, and the exercise of such discretion should be disturbed only in case of abuse.

*Decided July 8th, 1897.*

Appeal from the Circuit Court for Montgomery County, In Equity (URNER, C. J.).

Petition by Mabelle Rawson Hirons for leave to file a bill to review a decree in favor of Julian B. Hubbell. From an order dismissing the petition, petitioner appeals. Affirmed.

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*Edgar Allan Poe,* with whom were *Bartlett, Poe & Claggett* on the brief, for the appellant.

*Robert Peter, Jr.,* and *Albert M. Bouic,* for the appellee.

SLOAN, J., delivered the opinion of the Court, affirming the order dismissing the petition.